# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BRUCE W. GLOVER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00107-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| HENDERSON COUNTY | ) | |
| SHERIFF DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2018 Order.

August 1, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court